LOWER MACUNGIE TOWNSHIP BOARD OF COMMISSIONERS, Respondent

David M. Jaindl, Individually, and Jaindl Realty, L.P., Intervenors.

No. 40 MAL 2013.

Supreme Court of Pennsylvania.

May 17, 2013.

### ORDER

PER CURIAM.

And now, this 17th day of MAY, 2013, the parties' "Joint Application for Remand Appellate Proceedings" is **GRANTED** in order for the Court of Common Pleas to review the parties' settlement agreement and, if approved, enter an order thereon. The Petition for Allowance of Appeal is **DENIED** as moot.

James D. SCHNELLER, Appellant

v.

Thomas CORBETT, Governor of the Commonwealth of Pennsylvania; Kathleen G. Kane, Attorney General of the Commonwealth of Pennsylvania; Carol Aichele, Pennsylvania Secretary of the Commonwealth, Appellees.

Supreme Court of Pennsylvania.

July 16, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of July, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Matthew Allen CHESTER, Petitioner.

Supreme Court of Pennsylvania.

Aug. 27, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of August, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether offenses which are not *specifically* enumerated by the General Assembly as offenses which disqualify defendants from eligibility under [the Recidivism Risk Reduction Incentive Act ("RRRI Act"), 61 Pa.C.S.A. §§ 4501, *et seq.*] may otherwise form the basis of denial of eligibility pursuant to the general eligibility requirement that a defendant does not demonstrate "a history of present or past violent behavior," rendering an offender ineligible? Restated in the context of the specific facts of this case, the precise question presented is: Whether a prior conviction of a felony one burglary, which is not included as a disqualifier in the definition of "eligible offender" may nevertheless amount to "a history of present or past violent behavior" such as to exclude a defendant from RRRI [Act] eligibility?